FILED
HARRISBURG, PA
AUG 11 2026
PER ______ DEPUTY CLERK

**CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

Shane A. Thomas 253659
**Full Name of Plaintiff** **Inmate Number**

v.

Jane Doe
**Name of Defendant 1**

Jane Doe
**Name of Defendant 2**

______________________________
**Name of Defendant 3**

______________________________
**Name of Defendant 4**

______________________________
**Name of Defendant 5**

(Print the names of all defendants. If the names of all defendants do not fit in this space, you may attach additional pages. Do not include addresses in this section).

**Civil No.** ____________________
(to be filled in by the Clerk's Office)

( __ ) Demand for Jury Trial
( __ ) No Jury Trial Demand

## I. NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known.

✓ Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

___ Civil Rights Action under Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971) (federal defendants)

___ Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

## II. ADDRESSES AND INFORMATION

### A. PLAINTIFF

Shane Thomas A
Name (Last, First, MI)

253659
Inmate Number

York County Prison
Place of Confinement

3400 Concord Rd
Address

York Pa, 17402
City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

- ✓ Pretrial detainee
- ___ Civilly committed detainee
- ___ Immigration detainee
- ___ Convicted and sentenced state prisoner
- ___ Convicted and sentenced federal prisoner

### B. DEFENDANT(S)

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption. If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

Doe, Jane
Name (Last, First)

PrimeCare Employee (Nurse)
Current Job Title

3400 Concord Road
Current Work Address

York Pa, 17402
City, County, State, Zip Code

Defendant 2:

Doe, Jane

Name (Last, First)

Nurse

Current Job Title

3400 Concord Rd

Current Work Address

York Pa, 17402

City, County, State, Zip Code

Defendant 3:

Name (Last, First)

Current Job Title

Current Work Address

City, County, State, Zip Code

Defendant 4:

Name (Last, First)

Current Job Title

Current Work Address

City, County, State, Zip Code

Defendant 5:

Name (Last, First)

Current Job Title

Current Work Address

City, County, State, Zip Code

## III. STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

A. Describe where and when the events giving rise to your claim(s) arose.

I was house improperly and was assigned upper bunk and Never should've been due to being given Insulin for my diabetic Condition.

B. On what date did the events giving rise to your claim(s) occur?

I fell on 4/29/25 @ Approx. 0600 - 0615 hours.

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

On 4/7/25 I was admitted into York Co. Prison, upon being Examined I told the In-take Nurse (unknown Name) I haven't been taking Insulin for my Condition due to Not having a doctor. My levels was checked it was over 500, I was given Insulin. On 4/29/25 I was getting down off upper bunk i lost my footing and fell injuring My Neck / back / Shoulder. Once at medical Nurse Kathleen S. State "He takes insulin, he Never should've been on Top bunk. She (Kathleen S) made the switch without delay. My Medical history was in computer due to being treated In Jan 27-29 of 2025.

## IV. LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

My Right To Adquate Medical Care. I have a Life Threatening Serious medical Condition. Under U.S Const. amend. VIII (Cruel and Unusual Punishment) I Should be free from it and be free from it being Inficted. Medical Personnel are guilty of deliberate Indifference by showing a lack of Concern. My 8th amendment will Show a claim of deliberate Indifference Wilson v. Seiter, 501 U.S. 294, 303-304, 111 S Ct. 2321, 2326-2327, 115 L. Ed. 2d 271, 282-283 (191)

## V. INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

I injured My back, Neck, and Shoulder. I am doing Physical Therap

## VI. RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

I wish both Medical Staff (Prime Care) to Not be able to Practice Medicen. I Seek Monetay Compenstion.

## VII. SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

______________________________
Signature of Plaintiff

7/3/26
Date

"THIS CORRESPONDENCE ORIGINATES FROM AN INMATE INSTITUTION"

FROM: Shane Thomas

INMATE ID#: 253659 SB-16B

York County Prison
3400 Concord Rd.
York, PA 17402

HARRISBURG PA 171
6 AUG 2026 PM 2 L

LEGAL MAIL

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 17402
02 7W
$ 001.07⁰
0008037758 AUG 06 2026

NF

TO: United States Dist. Court
Middle Dist. of Penn.
1501 N. 6th Street Ste# 101
Harrisburg PA, 17102

17102-110401